Joseph Jung (SB#184215) jjung@jungandassociates.com
Joseph Jung & Associates
8393 Capwell Dr. #210
Oakland, CA 94621
Tel. (510) 562 7700
Fax. (510) 562 7702

Attorneys for plaintiff, David Lloyd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LLOYD, | Case No.: 3:14-cv-03542-JCS |
| Plaintiff, | |
| vs. | REQUEST TO CONTINUE CASE MANGEMENT CONFERENCE |
| CITY AND COUNTY OF SAN FRANCISCO et al. | Judge: Hon. Joseph C. Spero |
| Defendants. | CURRENTLY: Nov. 20, 2015 at 2:00 p.m |

Plaintiff and Defendant jointly request the Court to continue the case management conference currently scheduled for Nov. 20, 2015 at 2:00 p.m. to a date after Dec. 31, 2015 or as long as the Court sees fit. The case settled at settlement conference on July 31, 2015. Defendant has to get an approval from the City and County of San Francisco and Police Commission. The police commission meeting was continued to Dec. 9, 2015 and they will decide on this settlement on Dec. 9, 2015 or later date.

Parties ask for leniency from the court.

Dated: Nov. 3, 2015

JOSEPH JUNG
Attorney for Plaintiff, David Lloyd

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney

Dated: Nov. 3, 2015

By: electronically signed
MARGARET W. BAUMGARTNER
Attorneys for Defendant City and County of San Francisco
and all individual defendants

IT IS HEREBY ORDERED that the further case management conference is continued to 1/22/16 at 2:00 PM. An updated joint case management conference statement shall be due by 1/15/16
Dated: 11/4/15



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA